No. 85. HAYWOOD-WAKEFIELD CO. *v.* SMALL ET AL. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit. October 3, 1938. Dismissed

on motion of counsel for petitioner. *Mr. George L. Barnes* for petitioner. *Mr. Herbert W. Kenway* for respondents.